FILED
MAY 24 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WAYNE MOORE,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>    Respondent. | Case No. CV 11-0428-CAS (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, records on file and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has conducted a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: May 24, 2011

*/s/ Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge