JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

WAYNE MOORE,

    Petitioner,

v.

LINDA SANDERS, Warden,

    Respondent.

Case No. CV 11-0428-CAS (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied without prejudice.

Dated: May 24, 2011

Christina A. Snyder
United States District Judge